## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHARLES H. HILL, | ) | 3:13-cv-00291-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 14, 2014 |
| | ) | |
| ISIDRO BACA, et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's request for production of documents "38, 39, 40, 46." (Doc. # 43.) While there is no document # 46 on the court's docket sheet, the record reflects that the court's order of dismissal with prejudice of this action (Doc. # 38) was previously distributed to Plaintiff pursuant to the Notice of Electronic Filing (NEF). A electronic notice of the filing of Plaintiff's 654 page complaint (Doc. # 39)[1] was sent to Plaintiff on November 26, 2013. (Doc. # 39, 41.) Notice of the judgment of dismissal with prejudice (Doc. # 40) was distributed to Plaintiff pursuant to the NEF on November 26, 2013. (Doc. # 40.)

On December 6, 2013, the court received a memorandum from Northern Nevada Correctional Center (NNCC) Law Library Supervisor Pauline Simmons that NNCC Law Library made attempts to deliver Doc. ## 38, 39 40 and 41 to Plaintiff, but because of Plaintiff's medical condition, the Library was unable to deliver the aforementioned documents to Plaintiff. Accordingly, Inmate Hill is directed to contact NNCC Law Library supervisor Pauline Simmons to obtain the requested materials.

The court cannot accommodate Plaintiff's request for new copies. If Plaintiff wishes to have copies of any *filed* documents, he must order and pay for them in advance at a cost of 10 cents ($0.10) per page.

---

[1] Presumably, since Plaintiff was afforded the use of the court's electronic filing system for filing his original complaint, he still has his original paper copy of his Complaint.

**MINUTES OF THE COURT**
3:13-cv-00291-RCJ-WGC
Date:  January 14, 2014
Page 2

      This action was dismissed for failure to state a claim upon which relief can be granted. (Doc. # 38.) A Judgment of dismissal has been entered (Doc. # 40) and the case has been closed by the Clerk of the Court. (*Id.*)

      **IT IS SO ORDERED.**

                                                  LANCE S. WILSON, CLERK

                                    By: _____/s/_____
                                                Deputy Clerk