## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHARLES H. HILL, | ) | 3:13-cv-00291-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 7, 2014 |
| | ) | |
| ISIDRO BACA, et al., | ) | |
| | ) | |
| Defendants | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KATIE LYNN OGDEN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's motion requesting copies of documents filed in this action. (Doc. # 46.) Specifically, Plaintiff seeks copies of Docs. # 38, # 39, # 40, and # 46. (*Id*.)

This is Plaintiff's second request for copies of documents filed in this case. (*See* Doc. # 43.) The court previously explained to Plaintiff that copies of Docs. # 38, # 39 and # 40 were distributed to Plaintiff through the Notice of Electronic Filing (NEF). (*See* Doc. # 44.) There was no Doc. # 46 on file at that time. (*Id*.) The court advised Plaintiff that it had received a memorandum from Northern Nevada Correctional Center (NNCC) Law Library Supervisor, Pauline Simmons, stating that Plaintiff had been admitted to the mental health unit and was unable to receive the documents for a period of time. (*See id*., *see also* Doc. # 42.) The court advised Plaintiff to contact Ms. Simmons to obtain the requested documents. (*Id*.) Otherwise, Plaintiff was required to order and pay for copies at the cost of ten cents per page. (*Id*.)

Nevertheless, Plaintiff has filed another motion seeking copies of Docs. # 38, # 39, # 40, and # 41. (Doc. # 46.) Plaintiff states that the Warden has confiscated the materials. (*Id*.)

The court received another memorandum from Ms. Simmons dated January 15, 2014, indicating that Plaintiff is now on the general population yard at NNCC. (Doc. # 45.) Pursuant to the memorandum, Plaintiff is advised that he may access the documents he is requesting by sending a kite to the Warden's office to review the documents.

///

**MINUTES OF THE COURT**
3:13-cv-00291-RCJ-WGC
Date:  February 7, 2014
Page 2
_____

      Accordingly, Plaintiff's motion (Doc. # 46) is **DENIED**.

      Plaintiff is again advised that this action was dismissed for failure to state a claim upon which relief can be granted. (Doc. # 38.) A judgment of dismissal has been entered (Doc. # 40) and the case has been <u>closed</u> by the Clerk of the Court. (*Id.*)

      **IT IS SO ORDERED.**

                                       LANCE S. WILSON, CLERK

                                    By:  _____/s/_____
                                              Deputy Clerk