# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHARLES H. HILL,

    Plaintiff,

vs.

ISIDRO BACA, et al.,

    Defendants.

Case No. 3:13-cv-00291-RCJ-WGC

**ORDER**

    Plaintiff has submitted an amended motion for relief from judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure (#75).  Plaintiff still is trying to re-litigate the issues that he raised, and that the court rejected, in a long-closed action.  The court denies this motion.

    Plaintiff also has submitted a motion for appointment of counsel (#76), a request for Rule 4 service by U.S. Marshal (#77), a request for Rule 45 subpoena duces tecum (#78), a request for submission on deficiency document (#79), and a status check request (#80).  The court denies all these motions and requests because the court is not granting plaintiff relief from the judgment.

    IT IS THEREFORE ORDERED that all of plaintiff's pending motions on the docket (#75, #76, #77, #78, #79, #80) are **DENIED**.

Dated:    October 28, 2014.

_____
ROBERT C. JONES
United States District Judge